585 A.2d 396

STATE OF NEW JERSEY v. JEREMIAH SIMONS.

October 16, 1990.

Petition for certification denied.

585 A.2d 396

STATE OF NEW JERSEY v. WILLIAM HUTCHINS.

October 16, 1990.

Petition for certification denied.

585 A.2d 396

STATE OF NEW JERSEY v. WILLIAM HANDY WILLIAMS.

October 16, 1990.

Petition for certification denied.

585 A.2d 397

STATE OF NEW JERSEY v. JOHN GUTTILLA.

October 16, 1990.

Petition for certification denied.

585 A.2d 397

STATE OF NEW JERSEY v. ROBERT MAGER.

October 16, 1990.

Petition for certification denied.